```
_____ FILED      _____ ENTERED
_____ LOGGED  ✓  _____ RECEIVED
```

AUG 11 2015

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

## ATTACHMENT A
### Statement of Facts

*The United States and Defendant Nicholas SESKAR stipulate and agree that if this case proceeded to trial, the United States would prove the facts set forth below beyond a reasonable doubt. They further stipulate and agree that these are not all of the facts that the United States would prove if this case proceeded to trial.*

**NICHOLAS EDWARD SESKAR, SR. ("SESKAR")** is 41 years old and is a resident of ~~St. Mary's~~ [Calvert] County, Maryland.

On April 3, 2006, **SESKAR** pleaded guilty and was convicted of one count of sex offense in the third degree in the Circuit Court for St. Mary's County, Maryland (Case No. 18K05000688). **SESKAR** admitted to engaging in sexual intercourse with a 15-year-old female when he was 30-years-old.

On June 7, 2006, **SESKAR** was sentenced to 3 years of incarceration with all but 18 months suspended. As a result of his conviction, **SESKAR** was required to register as a sex offender.

On March 23, 2015, **SESKAR** began communicating through Facebook with an individual that he believed was a 15-year-old female, using the name "Tiffany." "Tiffany" was in fact a law enforcement officer with the St. Mary's County (Maryland) Sheriff's Office acting in an undercover capacity.

From March 23, 2015 through April 2, 2015, **SESKAR** engaged in conversations via Facebook with the undercover officer posing as "Tiffany," which became extremely graphic over time regarding the sexual acts he wanted to perform on the individual that he believed was a 15-year-old female.

On March 26, 2015, **SESKAR**, using Facebook, sent a photograph of his penis (in which a reflection of **SESKAR**'s face is visible in a mirror) to the undercover officer posing as "Tiffany" and asked, "[S]o when do I see y[ou]rs?"

On March 29, 2015, using Facebook, **SESKAR** told the undercover officer posing as "Tiffany" that he would like to meet in person and discussed the sexual acts to be performed during the in-person meeting, including cunnilingus.

On March 31, 2015, using Facebook, **SESKAR** continued communicating with the undercover officer posing as "Tiffany" about the sexual acts, including analingus, cunnilingus, and anal intercourse, he wished to perform during the in-person meeting. **SESKAR** and the undercover officer posing as "Tiffany" also discussed arrangements for an in-person meeting on April 2, 2015.

9

Also on March 31, 2015, using Facebook, **SESKAR** told the undercover officer posing as "Tiffany" that he had "sleept [sic] with a 15 [year old] when I was 30 [year's old]."

On April 1, 2015, using Facebook, **SESKAR** continued communicating with the undercover officer posing as "Tiffany" about the sexual activities, specifically vaginal intercourse and cunnilingus, he wished to perform during the in-person meeting.

On April 2, 2015, using Facebook, **SESKAR** communicated with the undercover officer posing as "Tiffany" to arrange the in-person meeting and continued discussing the sexual activities to be performed during the meeting. **SESKAR** reported to the pre-arranged meeting place where he was arrested and taken into custody by law enforcement officers with the St. Mary's County Sheriff's Department.

At the time of his arrest on April 2, 2015, **SESKAR** was in possession of a Samsung cellular telephone (serial number ESN12811506585), which had been used by **SESKAR** to communicate via Facebook with the undercover officer posing as "Tiffany" and the number for which **SESKAR** had provided to the undercover officer posing as "Tiffany" to arrange the in-person meeting.

Following his arrest on April 2, 2015, **SESKAR** was advised of his *Miranda* rights and, after waiving those rights, **SESKAR** admitted to law enforcement that he "screwed up" and "sent a lot of explicit stuff that I wanted to do." **SESKAR** further admitted to sending a photograph of his penis to the undercover officer posing as "Tiffany."

I have read this Statement of Facts and carefully reviewed every part of it with my attorney. I understand it, and I voluntarily agree to it. I do not wish to change any part of it.

14 July 2015
Date

Nicholas Edward Seskar, Sr.

I am Nicholas Edward Seskar, Sr.'s attorney. I have carefully reviewed every part of this Statement of Facts with him. To my knowledge, his decision to sign it is an informed and voluntary one.

7.14.15
Date

John Chamble, Esq.